# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 7:18–po–08063 |
| | § | |
| Griselda Del Carmen Castillo–Chavarria | § | |

## ORDER

This Order memorializes the Court's prior findings, after reviewing the criminal complaint in the above styled and numbered cause, that there is probable cause to believe that the offense stated in the complaint was committed, and that the Defendant committed said offense.

SIGNED on July 13, 2018, at McAllen, Texas.

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE